UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TARA MAGGIO,**<br><br>                    Plaintiff,<br>   -vs-<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br><br>                    Defendant. | *Civil Action No. 10-CV-6455* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tara Maggio hereby voluntarily dismisses the present action against Defendant Portfolio Recovery Associates, LLC, *with prejudice*, with each party bearing their own costs, expenses and attorney fees.

Date: September 13, 2010

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520